UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA,
        Plaintiff,

                v.

ALL FUNDS IN SANDGAARD TARGET
ACCOUNT #1, THE BANK OF AMERICA
ACCOUNT ENDING IN 3472 THAT WAS
OPENED ON OR AROUND JANUARY
30, 2016, IN THE NAME OF "THOMAS
SANDGAARD" WITH THOMAS
SANDGAARD AS THE SOLE
AUTHORIZED SIGNER;

ALL FUNDS IN SANDGAARD TARGET
ACCOUNT #2, THE BANK OF AMERICA
ACCOUNT ENDING IN 0540 THAT WAS
OPENED ON OR AROUND DECEMBER
7, 2020, IN THE NAME OF
"SANDGAARD CAPITAL LLC" WITH
THOMAS SANDGAARD AND KYLE
HENDERSON AS JOINT OWNERS AND
AUTHORIZED SIGNERS;

ALL FUNDS IN SANDGAARD TARGET
ACCOUNT #3, BANK OF AMERICA
ACCOUNT ENDING IN 1333 THAT WAS
OPENED ON OR AROUND APRIL 19,
2021, IN THE NAME OF "THOMAS
SANDGAARD AND LISA M. WALLACE"
WITH THOMAS SANDGAARD AND
LISA M. WALLACE AS JOINT OWNERS
AND AUTHORIZED SIGNERS;

ALL FUNDS IN SANDGAARD TARGET
ACCOUNT #4, BANK OF AMERICA
ACCOUNT ENDING IN 5265 THAT WAS
OPENED ON OR AROUND AUGUST 25,
2023, IN THE NAME OF "SANDGAARD
AVIATION LLC" WITH THOMAS

Civil Action No.   1:26-cv-430

SANDGAARD AND KYLE HENDERSON AS JOINT OWNERS AND AUTHORIZED SIGNERS;

SANDGAARD TARGET VEHICLE #1, A 2021 PORSCHE CAYENNE SUV WITH COLORADO LICENSE PLATE NUMBER EEYQ99 AND VIN # WP1AB2AY8MDA28740, WHICH IS REGISTERED TO THOMAS SANDGAARD OF 1175 CASTLE POINTE DRIVE, CASTLE ROCK, CO 80104;

SANDGAARD TARGET VEHICLE #2, A 2019 MERCEDES-BENZ AMG GT 63 4-DOOR HATCHBACK WITH FLORIDA LICENSE PLATE NUMBER 79DTVE AND VIN # WDD7X8JB5KA008056, WHICH IS REGISTERED TO SANDGAARD CAPITAL LLC OF 6001 N. OCEAN DRIVE, APARTMENT 1204, HOLLYWOOD, FL 33019, AND SANDGAARD CAPITAL LLC IS A COMPANY OWNED BY THOMAS SANDGAARD;

SANDGAARD TARGET VEHICLE #3, A 2020 BMW X3 XDRIVE30 SUV WITH COLORADO LICENSE PLATE DXLF73 AND VIN # 5UXTY5C05L9D19894, WHICH IS REGISTERED TO SANDGAARD CAPITAL, LLC, OF 1175 CASTLE POINTE DRIVE, CASTLE ROCK, CO 80104, AND SANDGAARD CAPITAL LLC IS A COMPANY OWNED BY THOMAS SANDGAARD.

ALL FUNDS IN LUCSOK TARGET ACCOUNT #1, THE NAVY FEDERAL CREDIT UNION ACCOUNT ENDING IN 6884 THAT WAS OPENED ON OR AROUND SEPTEMBER 19, 2014 AND IS

2

JOINTLY OWNED BY "JOSEPH C. LUCSOK" AND "ANNA LUCSOK," WITH BOTH AS AUTHORIZED SIGNORS;

ALL FUNDS IN LUCSOK TARGET ACCOUNT #2, THE NAVY FEDERAL CREDIT UNION ACCOUNT ENDING IN 9545 THAT WAS OPENED ON OR AROUND SEPTEMBER 19, 2014 AND IS JOINTLY OWNED BY "JOSEPH C. LUCSOK" AND "ANNA LUCSOK," WITH BOTH AS AUTHORIZED SIGNORS;

ALL FUNDS IN LUCSOK TARGET ACCOUNT #3, THE NAVY FEDERAL CREDIT UNION ACCOUNT ENDING IN 4369 THAT WAS OPENED ON OR AROUND FEBRUARY 20, 2018 AND IS JOINTLY OWNED BY "JOSEPH C. LUCSOK" AND "ANNA LUCSOK," WITH BOTH AS AUTHORIZE SIGNORS;

ALL FUNDS IN LUCSOK TARGET ACCOUNT #4, THE JP MORGAN SECURITIES LLC ACCOUNT ENDING IN 9580 THAT WAS OPENED ON OR AROUND OCTOBER 15, 2023 IN THE NAME OF "ANNA LUCSOK;"

ALL FUNDS IN LUCSOK TARGET ACCOUNT #5, THE JP MORGAN SECURITIES LLC ACCOUNT ENDING IN 9581 THAT WAS OPENED ON OR AROUND OCTOBER 15, 2023 IN THE NAME OF "ANNA LUCSOK;

ALL FUNDS IN LUCSOK TARGET ACCOUNT #6, THE VOYA FINANCIAL ACCOUNT OPENED ON OR AROUND SEPTEMBER 21, 2023 IN THE NAME OF

"ANNA LUCSOK," SPECIFICALLY
ZYNEX, INC. 401(K) PLAN, PLAN
NUMBER 862196, BELONGING TO
ANNA LUCSOK;

LUCSOK TARGET VEHICLE #1, A 2021
PORSCHE MACAN 4-DOOR SUV WITH
COLORADO LICENSE PLATE NUMBER
BNBR20 AND VIN #
WP1AA2A51MLB02630 AND THAT IS
REGISTERED TO ANNA LUCSOK AND
JOSEPH LUCSOK OF 6552 S BILOXI
WAY, AURORA, COLORADO 80016;
AND

LUCSOK TARGET VEHICLE #2, A 2022
VOLKSWAGEN TAOS 4-DOOR SUV
WITH COLORADO LICENSE PLATE
NUMBER DZCP88 AND VIN #
3VVAX7B21NM095410 AND THAT IS
REGISTERED TO ANNA LUCSOK OF
6552 S. BILOXI WAY, AURORA,
COLORADO 80016,
     Defendants.

## VERIFIED COMPLAINT FOR FORFEITURE *IN REM*

Plaintiff, the United States of America, brings this complaint and alleges as

follows in accordance with Supplemental Rule G (2) of the Federal Rules of Civil

Procedure:

## NATURE OF THE ACTION

1.  This is a civil forfeiture action to forfeit certain vehicles and bank accounts

that were involved in money laundering in violation of 18 U.S.C. §§ 1956, 1957, or are

traceable to property involved in money laundering, and as such are subject to forfeiture under 18 U.S.C. §§ 981(a)(1)(A) and (a)(1)(C).

DEFENDANTS <em>IN REM</em>

2.      The Defendant Property consists of the following assets:

<u>SANDGAARD ACCOUNTS AND VEHICLES</u>:

(a) all funds in **Sandgaard Target Account #1**, the Bank of America ("BoA") account ending in 3472 that was opened on or around January 30, 2016, in the name of "Thomas Sandgaard" with Thomas Sandgaard as the sole authorized signer - 26-DCI-000024;

(b) all funds in **Sandgaard Target Account #2**, the BoA account ending in 0540 that was opened on or around December 7, 2020, in the name of "Sandgaard Capital LLC" with Thomas Sandgaard and Kyle Henderson as joint owners and authorized signers - 26-DCI-000025;

(c) all funds in **Sandgaard Target Account #3**, BoA account ending in 1333 that was opened on or around April 19, 2021, in the name of "Thomas Sandgaard and Lisa M. Wallace" with Thomas Sandgaard and Lisa M. Wallace as joint owners and authorized signers - 26-DCI-000026;

(d) all funds in **Sandgaard Target Account #4**, BoA account ending in 5265 that was opened on or around August 25, 2023, in the name of "Sandgaard Aviation LLC" with Thomas Sandgaard and Kyle Henderson as joint owners and authorized signers - 26-DCI-000027;

(e) **Sandgaard Target Vehicle #1**, a 2021 Porsche Cayenne SUV with Colorado license plate number EEYQ99 and VIN # WP1AB2AY8MDA28740, which is registered to Thomas Sandgaard of 1175 Castle Pointe Drive, Castle Rock, CO 80104 - 26-DCI-000023;

(f) **Sandgaard Target Vehicle #2**, a 2019 Mercedes-Benz AMG GT 63 4-Door Hatchback with Florida license plate number 79DTVE and VIN # WDD7X8JB5KA008056, which is registered to Sandgaard Capital LLC of 6001 N. Ocean Drive, Apartment 1204, Hollywood, FL 33019, and Sandgaard Capital LLC is a company owned by Thomas Sandgaard - 26-DCI-000021; and

(g) **Sandgaard Target Vehicle #3**, a 2020 BMW X3 XDRIVE30 SUV with Colorado license plate DXLF73 and VIN # 5UXTY5C05L9D19894, which is registered to Sandgaard Capital, LLC, of 1175 Castle Pointe Drive, Castle Rock, CO 80104, and Sandgaard Capital LLC is a company owned by Thomas Sandgaard - 26-DCI-000022.

LUCSOK ACCOUNTS AND VEHICLES:

(a) all funds in **Lucsok Target Account #1**, the Navy Federal Credit Union ("NFCU") account ending in 6884 that was opened on or around September 19, 2014 and is jointly owned by "Joseph C. Lucsok" and "Anna Lucsok," with both as authorized signors - 26-FBI-001439;

(b) all funds in **Lucsok Target Account #2**, the NFCU account ending in 9545 that was opened on or around September 19, 2014 and is jointly owned by

"Joseph C. Lucsok" and "Anna Lucsok," with both as authorized signors - 26-FBI-001440;

(c) all funds in **Lucsok Target Account #3**, the NFCU account ending in 4369 that was opened on or around February 20, 2018 and is jointly owned by "Joseph C. Lucsok" and "Anna Lucsok," with both as authorize signors - 26-FBI-001441;

(d) all funds in **Lucsok Target Account #4**, the JP Morgan Securities LLC ("JPMS") account ending in 9580 that was opened on or around October 15, 2023 in the name of "Anna Lucsok - 26-FBI-001442;"

(e) all funds in **Lucsok Target Account #5**, the JPMS account ending in 9581 that was opened on or around October 15, 2023 in the name of "Anna Lucsok - 26-FBI-001443;"

(f) all funds in **Lucsok Target Account #6**, the Voya Financial ("VF") account opened on or around September 21, 2023 in the name of "Anna Lucsok," specifically Zynex, Inc. 401(k) Plan, Plan Number 862196, belonging to Anna Lucsok - 26-FBI-001444;

(g) **Lucsok Target Vehicle #1**, a 2021 Porsche Macan 4-door SUV with Colorado license plate number BNBR20 and VIN # WP1AA2A51MLB02630 and that is registered to Anna Lucsok and Joseph Lucsok of 6552 S Biloxi Way, Aurora, Colorado 80016 -26-FBI-001436; and

(h) **Lucsok Target Vehicle #2**, a 2022 Volkswagen Taos 4-door SUV with

7

Colorado license plate number DZCP88 and VIN # 3VVAX7B21NM095410 and that is registered to Anna Lucsok of 6552 S. Biloxi Way, Aurora, Colorado 80016 - 26-FBI-001437 (hereinafter, collectively the "Defendant Property")

3.     The Defendant Property has been seized and is presently in the custody of the United States Marshal Service.

4.     The following may have an interest in Defendant Property:

    (a)     Thomas Sandgaard;

    (b)     The Guardian Angel Trust;

    (c)     Sandgaard Capital LLC;

    (d)     Sandgaard Aviation LLC;

    (e)     Kyle Henderson;

    (f)     Sandgaard Music, LLC;

    (g)     Lisa M. Wallace;

    (h)     Zynex, Inc.;

    (i)     Anna Lucsok; and

    (j)     Joseph Lucsok.

## JURISDICTION AND VENUE

5.     Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, and over an action for forfeiture under 28 U.S.C. § 1355(b)(1)(A).

8

6.     This Court has in rem jurisdiction over the Defendant Property under 28 U.S.C. § 1355(b).

7.     Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this district.

## BASIS FOR FORFEITURE

8.     The Defendant Property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) because it constitutes property involved in, or traceable to property involved in, money laundering in violation of 18 U.S.C. §§ 1956 and 1957. The Defendant Property is also subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) because it constitutes, or is traceable to, the proceeds of violations of 18 U.S.C. §§ 1956 and 1957.

## FACTS

9.     As set forth in the attached and hereby incorporated by reference the Affidavit of Special Agent Amy Mousseau in Support of a Verified Complaint for Forfeiture In Rem (the "Affidavit"), there is probable cause to believe that the Defendant Property was involved in money laundering in violation of 18 U.S.C. §§ 1956, 1957. A full and complete recitation of pertinent facts is set forth in the Affidavit attached hereto as Exhibit A and incorporated herein by reference.

WHEREFORE the United States of America prays that:

(a)     An Arrest Warrant In Rem, in the form submitted herewith, be issued to the Defense Criminal Investigative Service, the Federal Bureau of Investigation and/or any other duly authorized federal law enforcement officer, commanding them to retain

custody of the Defendant Property, and to give notice to all interested parties to appear

and show cause why the forfeiture should not be decreed;

(b)   due notice be given to all interested parties to appear and show cause why

the forfeiture should not be decreed;

(c)   judgment declare that the Defendant Property be condemned and

forfeited to the United States for disposition according to law;

(d)   and the United States be granted such other and further relief that this

Court may deem just and equitable.

Dated: July 1, 2026

Respectfully submitted,

TODD BLANCHE
Acting Attorney General

CHARLES C. CALENDA
First Assistant United States Attorney

/s/ Milind Shah
MILIND SHAH
Assistant U.S. Attorney
United States Attorney's Office
One Financial Plaza, 17th Floor
Providence, Rhode Island 02903
(401) 709-50039 (office)
(401) 705-5001 (facsimile)
milind.shah@usdoj.gov

## VERIFICATION

I, Amy Mousseau, hereby verify and declare under penalty of perjury that I am a Special Agent with the Defense Criminal Investigative Service , that I have read the foregoing Verified Complaint *in rem* and know the contents thereof, and that the matters contained in the Verified Complaint are true to my own knowledge, except that those matters herein stated to be alleged on information and belief, and, as to those matters, I believe them to be true.   The sources of my knowledge and information and the grounds of my belief are the official files and records of the United States, information supplied to me by other law enforcement officers, as well as my investigation of this case, together with others, as a Special Agent of the Defense Criminal Investigative Service.

I hereby verify and declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.


Dated: July 1, 2026

*Amy Mousseau*

_____
AMY MOUSSEAU
Special Agent
Defense Criminal Investigative Service (DCIS)